### John M. Bell, Sheriff, *v.* T. Keefe and J. Maillot.

The Sheriff has a right to sue in his official capacity on a bond executed for the price of property
sold by the Sheriff, and for which the bond had been executed in favor of his predecessor.

When an instrument offered in evidence is not objected to, any indorsement on it is considered as
proved.

APPEAL from the Fourth District Court of New Orleans, *Reynolds*, J.
*Benjamin, Bradford & Finney*, for plaintiff.  *Race & Foster* and *Mott &
Fraser* for defendants and appellant.

SPOFFORD, J.  The Sheriff sues on the bond in his official capacity.  If he
has authority to receive the money on it, he has the authority to sue, as the
defendants executed the bond in favor of the Sheriff.  See *Buisson* v. *Hyde*, 17
La. 19.

If a transfer to the present plaintiff from his predecessor in office, by whom
the bond was taken, were necessary, there is an endorsement which imports
such a transfer upon the instrument; and the whole instrument was offered in
evidence, without objection on the part of the defendants.  Under the ruling
of this court in the case of *Maxwell* v. *Kennedy*, 10 An. 798, the endorsement
must be considered as proved.

Judgment affirmed.